IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Michael Schunn, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>Dora B. Schriro, et al., )<br>)<br>Respondents. )<br>) | No. CV 04-1905 PHX-NVW (MS)<br><br>**ORDER** |

Before the Court are Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (doc. #1), Petitioner's Motion for Notice of Intent to Strike Ground Six (doc. #25), United States Magistrate Judge Morton Sitver's Report and Recommendation (doc. #32), and Petitioner's Written Objections to Magistrate Judge's Recommendation (doc. #35).

The Court has considered Petitioner's objections and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the Court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The Court agrees with the magistrate judge's determinations, accepts his recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

1  IT IS THEREFORE ORDERED that the Report and Recommendation of Magistrate
2  Judge Morton Sitver (doc. #32) is accepted.
3  IT IS FURTHER ORDERED that Petitioner's Motion for Notice of Intent to Strike
4  Ground Six (doc. #25) is granted, and Ground Six of the Petition for Writ of Habeas Corpus
5  is dismissed.
6  IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus
7  pursuant to 28 U.S.C. § 2254 (doc. #1) is denied and dismissed with prejudice.
8  IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment
9  accordingly and terminate this action.
10  DATED this 7th day of March 2006.

_____
Neil V. Wake
United States District Judge